IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **BRANDY ALLEN WHITAKER,** )  |   |   |
| Plaintiff, ) | Civil Action No. 7:13-cv-00010 |   |
| ) |   |   |
| v. ) | **FINAL ORDER** |   |
| ) |   |   |
| **NRVRJ,** *et al.*, ) | By: Norman K. Moon |   |
| Defendant. ) | United States District Judge |   |

In accordance with the memorandum opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §1915A(b)(1) and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**:  This 15th day of January, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE